**DOCKET**

| TITLE OF CASE | ATTORNEYS |
|---|---|

**TITLE OF CASE**

ERREN, JR. and JACQUELINE McFERREN, infants, by John McFer
.Viola H.McFerren, their father and mother and next friends
-LEE BROWN, JAMES D. BROWN, MARGARET BROWN and RICHARD S.
RSON, Infants, by Simon Wilkerson & Mrs. Ola B. Wilkerson, th
r and mother and/or guardians and next friends; SHARON WRIGHT
CE WRIGHT, RONNIE EARL WRIGHT and HAROLD WRIGHT, infants, by
Eunice E. Wright, their mother and next friend; IRMA JEAN HOR
RT HORTON, JR., EMMIT HORTON, CARL PRESTON HORTON, JERRY JEAN
OLIA HORTON, DEKATER HORTON, DOROTHY JEAN HORTON AND TOMMY HOR
. STATE OF TENN. AND STATE BOARD OF EDUCATION

BOARD OF EDUCATION OF FAYETTE COUNTY, TENNESSEE, a public body
rate of continuous legal entity, c/p Rhea V. Taylor, Sr., Chairm
(for full style of case see attached)

**BASIS OF ACTION:**

Suit for injuction - civil rights school desegregation case-Fayett
Tennessee.

**CLOSE**

**JURY TRIAL CLAIMED**

**ON**

**ATTORNEYS**

Avon N. Williams, Jr
1414 Parkway Towers
404 James Robertson Parkway
Nashville 37219

W. Henry Haile
Asst. Atty. General
Supreme Court Building
Nashville  37219

Herbert E. Gerson
U. B. Bank Building    38103

Norman Chachkin
10 Columbus Circle, Suite 20
New York 10019

J. Stanley Pottinger
Asst. Atty. General
Civil Rights Division
U. S. Dept. of Justice
Washington, D. C.  20530

U. S. Attorney - Memphis

Ms. Kaydell Wright
Dept. of Justice, Rm. 934
550 Eleventh St., N.W.
Washington, D.C. 20530

| DATE 1965 | PLAINTIFF'S ACCOUNT | RECEIVED | DISBURSED | DATE 1971 | DEFENDANT'S ACCOUNT | RECEIVED | DISBURSE |
|---|---|---|---|---|---|---|---|
| 6-2 | | | | 1/14 | Petn. Johnson, Notice Stepped, R #85488 | 5 00 | |
| | | | | 1-18 | c/o # 1-36 | | 5 0. |
| | | | | 9/11/23 | P. Gersan, Notice of Appeal R#94823 | 5 00 | |
| JS6 Repb 1978 | | | | 9/12/73 | C/D # 1-13 | | 5 0 |

65 / 136

| ABSTRACT OF COSTS | | RECEIPTS, REMARKS, ETC. |
|---|---|---|
| TO WHOM DUE | AMOUNT | |
| | | |
| | | |
| | | |
| | | |

FPI—LK—11-4-63—13M—2847

This case as...

| DATE 1965 | BAILEY BROWN, JUDGE FILINGS AND PROCEEDINGS | RE EN RE |
|---|---|---|
| 6-2 | Filed Attorney's $250.00 Cost Bond. R. B. Sugarman, surety. | |
| 6-2 | " Complaint. | |
| 6-2 | Issued summons and handed Marshal. | |
| 6-2 | Filed Motion for temporary restraining order and/or preliminary injunction. | |
| -2-65 | Filed Order to Show Cause Why Temporary Restraining Order and/or Preliminary Injunc Should Not Issue. 8 copies of Motion and Order handed Marshal | |
| /8/65 | Filed mar's return on summons for Harris T. McCraw, Jr., James T. Cowan, Allen A. La. and Rhea V. Taylor, Sr., served 6/4/65 | |
| 5-8-65 | Filed Mar ret on summons for Jose h d. Mart n, Ralph P. Stevens, .C. Wilkinson and E. L. webb, served 6-4-65 | |
| -9-65 | Filed Answer | |
| /14/65 | Filed plf.'s specifications of objections to defendants' proposed plan for desegregation of Fayette County Schools. | |
| -65 | Filed Notice Of Motion & Motion For Leave To Intervene As A Party Plaintiff. | |
| 3-65 | Filed Notice Of Motion For Inspection & Photographing Of Premises. | |
| 3-65 | Filed Motion For Inspection & Photographing Of Premises. | |
| 5-65 | Filed Order allowing US to intervene as plaintiff & denying motion for temporary restraining order. | |
| 1-65 | Filed Order allowing plaintiff-intervenor to inspect, photograph premises, e tc. | |
| 27-65 | Filed Objections To Plaintiffs' Interrogatories, And Motion To Extend Time To Answer | |
| -66 | " Order on objections to plaintiffs' Interrogatories amending said interrogatories and setting fime for answers to interrogatories to be filed on or before the 20th day of February, 1966. Copies furnished attorneys. | |
| 2-66 | Filed Notice of Taking of Deposition of Joseph R. Martin, Supt of Fayette Cy. Schools | |
| 7-66 | Mar. ret. on Filed/Dep. Spa for Joseph H. Martin. Executed Feb. 2-66 | |
| 28-66 | Filed Answers to interrogatories. (See exhibits attached). | |
| -10-66 | Filed Consent Order extending time to answer interrogatories to and including 2-28-66 | |
| 21-66 | " Consent Decree. | |
| 4-66 | Filed Report To United States District Federal Court in compliance With Consent Decree issued June 21, 1966. copy handed J. Boyd. | |
| -66 | Filed Notice to take deposition of Fayette Court County Bd. of Ed. members, Somerville, Ten. | |
| 9-66 | Filed Motion To Vacate Notice To Take Depositions, Quash Subpoenas, Stay the Taking Of Depositions, And, In the Alternative, For A Protective Order. | |
| 13-66 | Filed Report of Fayette County School Board | |
| 14-66 | Filed Mar ret on Dep Spa for Joseph Martin, served 9-9-66. | |
| 14-66 | Filed Mar ret on Dep Spa for Present Supt. of Fayette Co Schools, Supervisor Transportation and Supervisor of Instruction, servedk 9-9-66. | |
| 26-66 | Filed Mr. Joseph Martin, Superitntendent Of Schools In Fayette County, supplemental report. | |

Case 2:65-cv-00136-STA-egb Document 1 Filed 08/18/08 Page 3 of 17 PageID 3

| DATE | PROCEEDINGS | |
|---|---|---|
| 1967 | | This case assig |
| 6-1 | Filed Fayette County, Tennessee, Schools Report to U. S. District Federal Court furnished in compliance with Consent Decree issued June 21, 1966. | |
| 9/12/67 | Filed REPORT | |
| 6-3-68 | Filed Report in compliance with Consent Decree issued 6-21-66 as to Expected Membership by Grade and Race - 1968-1969 - as of June 1, 1968 | |
| 7-30-68 | Filed Notice of Motion | |
| 7-30-68 | Filed Motion For Further Relief and Certificate of Service | |
| 9/3/68 | Filed statement of plfs. in response to motion for further relief filed by plf.-intervenor | |
| 9-13-68 | Filed Report of Hoyte Carothers, Jr., Superintendant, Fayette County Schools. | |
| 1-9-69 | Filed Fayette County Board Of Education's Proposed Plan Of Desegregation. | |
| 1-9-69 | Filed Information Required Under Consent Decree. | |
| 2-18-69 | Filed Objections Of Plaintiffs To Fayette County Board of Educations Proposed Plan of Desegregation. | |
| -26-69 | Filed Objections Of The United States To The Defendants' Proposed Plan Of Desegregation. | |
| 9-9-69 | Filed Decree. | |
| 4-7-69 | Filed marshal's ret. on spna. for Norma J. Cox. Exec. on 4-1-69. | |
| -7-69 | Filed marshal's ret. on spna. for Dixie Jordan. Exec. on 4-1-69. | |
| -7-69 | Filed marshal's ret. on spna. for Mrs. Ola B. Wilkerson & Thomas Dwight Lane. Exec. on 4- | |
| 6-9-69 | Filed Memorandum Opinion. copies to Avon Williams, R. B. Sugarman, John Porter and Sarah Beery mailed 6-9-69. | |
| -10-69 | Filed Consent Order Allowing Withdrawal of Exhibit | |
| 7/18/69 | Filed revised plan of desegregation for the year 1969-1970 of County Board of Education, Fayette County, incorporating changes specified in the Court's Memorandum Opinion filed 6 | |
| 7-31-69 N | Filed Judgment— Ordered the defts desegregate the faculties of the schools to the extent set forth on Exhibit A. | |
| 8-7-69 | Filed Motion of Plaintiff-Intervenor to Amend the Court's Judgment of July 31, 1969 | |
| 8-7-69 | Filed Certificate of Service of Craig M. Crenshaw, Jr., Attorney for Dept. of Justice | |
| /8/69 | Filed motion of plaintiffs to amend Court's Judgment of 7/31/69 | |
| -27-69 x | Filed Order on amendment to Judgment, and mailed copies to Charles Newman; Avon Williams; Sara J. Berry & Jack Greenburg | |
| 9-11-69 | Filed Order replacing defendant Hoyte Carothers by John E. Bagwell. | |
| 9-11-69 | Filed Order re transferring five days after application for transfer. | |
| 11-7-69 | Filed Plaintiff Intervenor's Interrogatories | |
| 11-18-69 | Filed Interrogatories | |
| 1-20-69 | Filed Motion for Immediate Relief | |
| 11-21-69 | Filed Show Cause Order—Defendants Appear before Judge McRae 11-28-69 at 9:30AM Copies to Crenshaw, Charles F. Newman & Marshal | |
| 1-24-69 | Filed Motion to withdraw as attorneys for defendants. | |
| 1-24-69 | Filed answers to interrogatories served by United States. | |
| 11-28-69 | Filed Defednants' Motion for Extension of Time within which to answer interrogartories filed by Plaintiffs. | |
| 1-28-69 | Filed Defendants' Objections to Interrogatories filed by Plaintiffs. | |
| 2-5-69 | Filed Stipulation as to Number of Students of Each Race in Each School | |
| 2-5-69 | Filed Order that on December 15, 1969, the defendants shall file with the Clerk, and Perso serve on opposing counsel, a plan for the conversion to unitary system of the Fayette Co. schools, in accordance with Alexander vs. Holmes County Bd. of Ed. Plf.-Intervenor shall have opportunity to file objections, or otherwise respond, on or before 12-19-69. | |
| 2-8-69 | Filed marshal's ret. on Show Cause Order. Exec. on 11-22-69 by serving John E. Bagwell & W Wilkinson. | |
| 2-12-69 | Filed Amendment to defts. motion for extension of time whithin which to answer interrogatories filed by plaintiffs. | |

(over)

case assigned
to
*Judge McRae*
~~PATRICK BROWN~~ JUDG

D. C. 110 Rev. Civil Docket Continuation

| DATE | PROCEEDINGS | Dat Judg |
|---|---|---|
| 12-15-69 | Filed  Proposed changes to plan of desegregation fo the year  1970-71 of the county Board of Ed. of Fayette County, Tennessee(incorporating changes proposed by the Board in response to Order of Court entered Dec. 5, 1969. | |
| 12-19-69 | Filed Objections of plaintiff intervenor to defendants proposed amendments to its plan of desigration. | |
| 12-19-69 | Filed Memorandum in support of plaintiff intervenors objections. | |
| 12-19-70 | Filed answers to interrogatories from Avon N. Williams, Jr. | |
| 12-22-69 | Filed Plaintiff's objections to Plan | |
| 12-31-69 | Filed Report of Fayette County Board of Education--Copy to Judge McRae | |
| 1-5-70 | Filed Ruling of the Court - December 24, 1969 | |
| 1-9-70 | Filed order on Plan ; copy mailed to Atty. Wynn Smith | |
| 1-29-70 | Filed copy of Court Reporter's transcript of Observations and Ruling of the Court on December 5, 1969 | |
| 2-3-70 | Filed consent order allowing MARY SUE ROBERSON to remain with her present teacher at Moscow Elementary School | |
| 2/6/70 | Filed proposed change to plan of desegregation for the year 1970-1971 for the Fayette County High Schools of the County Board of Education for Fayette Co. Tenn. | |
| 7-20-70 | Filed Petition (Board of Education of Fayette County, Tennessee, praying Court enter Order directing and permitting petitioners to amend the Plan heretofore submitted by them for the Fayette County High Schools and the Plan for the Fayette County Elementary Schools heretofore filed by them in such manner & to such an extent as it be necessary to incorporate the provisions & recommendations proposed by Dr. H. Larry Winecoff. | |
| 7-28-70 | Filed Answer to Petion of Defendants and Objections to Proposed Amendment to Desegreg Plan | |
| 8/31/70 | Filed motion for further relief and to allow additional plaintiffs to intervene and join additional defendants | |
| 9-9-70 2 | Filed Amendment to Motion for Further Relief and to Allow Additional Plaintiffs to Intervene and Join Additional Defendants | |
| 9/10/70 3 | Filed Show Cause order, defts. to appear 10/19/70 9:30 A. M., copy served defts by U. S. Marshal | |
| 9-15-70 4 | Filed Motion to Require Witnesses to Give Deposition in Shelby County | |
| 9-16-70 5 | Filed Motion for Scheduling of Depositions Under Rule 45 (d)(2) | |
| 9-16-70 6 | Filed Affidavit of Craig M. Crenshaw, Jr., in Support of Motio n for Scheduling of Depositions Under Rule 45(a)(2) | |
| 9/16/70 7 | Filed order fixing Federal Building, Memphis, Tenn. as a convenient place for taking of depositions, copy mailed Wynn Smith, Avon William and handed Crenshaw | |
| 9/16/70 | Filed Notice to take deposition | |
| 9-17-70 8 | Filed Order Designating Shelby County as Deposition Site. Cy. handed Atty. Crenshaw & mailed attys. Avon Williams & J. W. McDonnell | |
| 9/17/70 9 | Filed Affidavit of James W. McDonnell | |
| " 10 | Filed Motion to quash notice to take deposition | |
| " | Filed Notice to Take deposition of Earnest Hughes | |
| " | Filed Notice to take dep. of Samuel Gordon | |
| " | Filed notice to take dep. of Cornelius Douglas, Jr. | |
| " | Filed notice to take dep. of Lowden E. Anderson, Jr. | |
| " | Filed notice to take dep. of Myles Wilson | |
| " | Filed notice to take dep. of Mrs. Mary McKelvey | |
| " | Filed notice to take dep. of Mrs. Willie B. Johnson | |
| " | Filed notice to take dep. of Arissie Hardy Owens | |
| " | Filed notice to take dep. of Nannie Mae Cole | |
| " | Filed notice to take dep. of Rosa J. Newbern | |
| " | Filed Notice to take dep. of Mabel C. Walker | |

D. C. 110 Rev. Civil Docket Continuation    C-65-136 - McFerren, et al vs. Fayette County Board of Education

ROBERT M. McRAE, JUDGE

| DATE 1970 | PROCEEDINGS | Date of Judgment |
|---|---|---|
| 9/17 | Filed notice to take dep. of Dixie Jordan Pye | |
| 9/17 | Filed notice to take dep. of Opal L. Franklin | |
| 9/17 | Filed Motion for relief from oppressive depositions scheduling, to lengthen time for discovery, fix place for depositions. | |
| 9/17 | Filed Motion to shorten time for response to and hearing upon Motion for relief from oppressive dipositions scheduling, to lengthen time for discovery and fix place for depositions. | |
| 9-18-70 | Filed Motion to Quash Subpoenas, Notice of Motion and Certificate | |
| 9-18-70 | Filed Affidavit in Support of Motion To Quash Subpoena of Cater Boswell | |
| 9-18-70 | Filed Affidavit " " " " " " of Whitson W. Winfrey | |
| 9-18-70 | Filed Motion For Protective Orders, Notice of Motion and Certificate | |
| 9/22/70 | Filed motion to amend show cause order heretofore issued | |
| 9/22/70 | Filed amendment to motion for further relief and to allow additional plfs. to intervene and join additional defendants | |
| 9-22-70 | Filed mar. ret. on Show cause orders and motions, exec. on 9-15-70 by serving Stewart, Chambers, Sr., J. H. Grisham, F. B. Towles, Joe Wiggins, SS Dunn, John Chambers and H. H. Hansel, unexec. as to Stewart Chambers, Jr. | |
| 9-22-70 | Filed mar. ret. on show cause orders and motions. Exec. on 9-15-70 as to T. S. Thorpe, Sr., Mrs. W. W. Wilson, Witson W. Winfrey, Carter Boswell and Will R. Winfrey, T. S. Thorpe, Sr. for Fayette Academy. | |
| 9-22-70 | Filed mar. ret. on show cause orders and motions. Exec. on 9-15-70 by serving Thomas V. Luck, and Malcolm Jordan. | |
| -22-70 | Filed mars. ret. on spna. for Mrs. Will R. Winfrey. Exec. on 9-17-70. | |
| -22-70 | Filed mar. ret. on spna. for Carter Boxwell. Exec. on 9-17-70. | |
| 9-22-70 | Filed mar. ret. on spna. for S. S. Dunn. Exec. on 9-17-70. | |
| 9-22-70 | Filed mar. ret. on spna. for Dean of Rossville Baptist Academy. Exec. on 9-17-70 serving Mr. Mal Aycock. | |
| 9-22-70 | Filed mar. ret. on spna. for Stewart Chambers, Sr. Exec. on 9-17-70. | |
| 9-22-70 | Filed mar. ret. on spna. for F. B. Towles. Exec. on 9-17-70. | |
| 9-22-70 | Filed mar. ret. on spna. for J. H. Grisham. Exec. on 9-17-70. | |
| 9-22-70 | Filed mar. ret. on spna. for Joe Wiggins. Exec. on 9-17-70. | |
| 9-22-70 | Filed mar. ret. on spna. for John Chambers. Exec. on 9-17-70. | |
| 9-22-70 | Filed mar. ret. on spna. for H. H. Hansel. Exec. on 9-17-70. | |
| 9-22-70 | Filed mar. ret. on spna. for Dean, Oakland Academy. Exec. on 9-17-70 serving Mrs. R. D. Long. | |
| 9 22-70 | Filed mar. ret. on spna. for Hoyt Carothers, Exec. on 9-17-70. | |
| 9-22-70 | Filed mar. ret. on spna. for Dean, Fayette Academy. Exec. on 9-17-70 serving Howard Smith Guthie. | |
| 9-22-70 | Filed mar. ret. on spna. for T. S. Thorpe, Sr. Exec. on 9-17-70. | |
| 9-22-70 | Filed mar. ret. on spna. for Whitson W. Winfrey. Exec. on 9-17-70. | |
| 9/22/70 | Filed order quashing discovery—copies mailed all attorneys from Jackson, Tenn. | |
| 9-23-70 | Filed order on school plan - defts' revised plan of desegregation for the school year 1970-71 shall be implemented for said school year with modifications, Court shall retain jurisdiction  copies mailed Avon Williams, Craig Crenshaw and Wynn Smith | |
| -24-70 | Filed Interrogatories | |
| 9-28-70 | Filed Motion to Shorten Time for Answering Interrogatories | |
| 10-1-70 | Filed Notice of Motion; Cy handed U. S. Atty | |
| 0-1-70 | Filed Motion for Production of Documents Under Rule 37; cy handed U. S. Atty | |
| 10-2-70 | Filed Notice of Response  - of Randolph W. Thrower | |
| 10-2-70 | Filed Response to Order to Show Cause Why the Commissioner of Internal Revenue should not be jointed as a party. | |
| 10-2-70 | Filed Affidavit of Randolph W. Thrower | |
| 10-2-70 | Filed Mar. Ret. on Dep. Spa. for Mrs. W. W. Wilson—Returned Unexecuted. 9-17-70. | |
| 0-2-70 | Filed Mar. Ret. on Dep. spna for Mr. Myles Wilson—ret. unexecuted | |

| DATE | PROCEEDINGS | Date Judgm |
|------|-------------|------------|
| 10-2-70 | Filed Mar. Ret. on Dep. Spa for Mr. Lowden E. Anderson, Jr. Ret. unexecuted 9-28-70. | |
| 10-2-70 | Filed Mar. Ret. on Dep. Spa. for Mrs Rosa J. Newbern-Ret. Unexecuted 9-28-70. | |
| 10-2-70 | Filed Mar. Ret. on Dep. Spa. for Mrs. Nannie Mae Cole. Ret. Unexecuted 9-28-70. | |
| 10-2-70 | Filed Mar. Ret. on Dep. Spa. for Mrs. Arissie Hardy Owens. Ret. Unexec 9-28-70. | |
| 10-2-70 | Filed " " " " " " " Mrs. Willie B. Johnson - Ret. Unexecuted 9-28-70 | |
| 10-2-70 | Filed " " " " " " " " Mrs. Opal Franklin-Ret. Unexecuted 9-28-70. | |
| 10-2-70 | Filed # " " " " " " Mrs. Mabel C. Walker- Ret. Unexecuted 9-28-70 | |
| 10-2-70 | Filed " " " " " " " Mrs. Earnest Hughes- Ret. Unexecuted 9-28-70 | |
| 10-2-70 | Filed " " " " " " " Mr. Cornelius W. Douglas, Jr.- Ret. Unexecuted 9-28-70 | |
| 10-2-70 | Filed " " " " " " " Mr. Sammy Gordon--Ret. Unexecuted 9-28-70 | |
| 10-2-70 | Filed " " " " " " " Mr. Dixie Jordan Pye-- Ret. Unexecuted 9-28-70. | |
| 10-2-70 | Filed Motion to Take Depositions Under Rules 26 and 30 | |
| 10-2-70 | Filed Motion Pursuant to Rules 26 and 35 | |
| 10-2-70 | Filed Certificate Pursuant to Local Rule 6(c) | |
| 10-5-70 | Filed mar. ret. on spna. for Mrs. Mary E. McKelvey. Ret. unexec. 9-30-70, case to be reset. | |
| 10-5-70 | Filed proposed amended plan for the closing of Braden-Sinai Elementary School, Fayette Tennessee | |
| 10-5-70 | Filed proposed additional defednats' answer to plaintiffs' motion | |
| 10-5-70 | Filed motion to strike | |
| 10-5-70 | Filed answer of Fayette Academy and its incorporators, Thrope, Wilson, Winfrey, Boswell and Winfrey to motion | |
| 10-5-70 | Filed Answer of Thomas V. Luck and the Quarterly County Court of Fayette Co.,Tenn. | |
| 10-5-70 | Filed Answer of Malcolm Jordan | |
| 10-7-70 | Filed Motion Pursuant to Rules 26, 30 & 37 | |
| 10-8-70 | Filed Reply of Plaintiffs to the Response to order to show cause why the commissioner of internal revenue should not be joined as a party | |
| 10-8-70 | Filed opposition to motion made by defendants pursuant to rules 26 and 35 | |
| 10-8-70 | Filed motion to suspend the rules and shorten time for hearing of plaintiffs' motion pursuant to rules 26, 30 and 37 | |
| 10-8-70 | Filed mar. ret. on show cause order onSheldon S. Cohen, Exec. on 9-28-70. | |
| 10-8-70 | Filed Response to Plaintiffs' Motion for further Relief and to Allow Additional Plaintiffs to Intervene and Join Additional defendants. | |
| 10-13-70 | Filed mar. ret. on spna. for Hoyte Carothers, Jr. Exec. 10-13-70. | |
| 10-13-70 | Filed mar. ret. on spna. for Albert Luthe. Exec. 10-13-70. | |
| 10-16-70 | Order adding additional defendants.  Copies handed Attorney -- Avon N. Williams, Jr. Order signed October 9, 1970). | |
| 10-19-70 | Filed Deposition of Myles Wilson | |
| 10-19-70 | Filed Deposition of Mrs. Henry Owens | |
| 10-19-70 | Filed Dpeosition of Lowden E. Anderson | |
| 10-26-70 | Filed mar. ret. on spna. for Mr. Lowden E. Anderson, Jr.  Exec. 10-20-70. | |
| 10-26-70 | Filed mar. ret. on spna. for Sammy Gordon, Jr. Exec. 10-20-70. | |
| 10-26-70 | Filed mar. ret. on spna. for Cornelius W. Douglas, Jr. Exec. 10-20-70. | |
| 10-26-70 | Filed mar. ret. on spna. for Mrs. Willie B. Johnson. Exec. 10-20-70. | |
| 10-26-70 | Filed mar. ret. on spna. for Mrs. Dixie Jordan Pye. Exec. 10-20-70. | |
| 10-26-70 | Filed mar. ret. on spna. for Mrs. Mable C. Walker. Exec. 10-20-70. | |
| 10-26-70 | Filed mar. ret. on spna. for Earnest Hughes, Jr. Exec. 10-20-70. | |
| 10-30-70 | Filed Proposed Additional Defendants' Answer to Plaintiffs' Motion. | |
| 10-30-70 | Filed Affidavit in Support of Answer and Response of Fayette Academy. | |
| 11-2-70 | Filed Answer of Oakland Heights Academy, Its Board of Directors, W. A. Reeves, Carl Trimm, Carl Doyle, Wilmer Thompson and Leon Ward, and Its Headmistress, Mrs. R. B. Long | |
| 11-3-70 | Filed mar. ret. on show cause order Exec. 10-19-70 serving Mike Whitaker, Atty. for Ray Bull, alias Ray Ball | |

D. C. 110 Rev. Civil Docket Continuation

| DATE | PROCEEDINGS | D Ju |
|------|-------------|------|
| 11-3-70 | Filed mar. ret. on show cause order for Headmaster Aycock. Exec. 10-19-70 serving Mike Whitaker, Atty. | |
| 11-3-70 | Filed mar. ret. on show cause order for Union Academy. Exec. 10-19-70 serving Mike Whitaker, Atty. | |
| 11-3-70 | Filed mar. ret. on show cause order for Joseph Rike. Exec. 10-19070 | |
| 11-3-70 | Filed mar. ret. on show cause order for Raymond Morris. Exec. 10-19-70. | |
| 11-3-70 | Filed mar. ret. on show cause order for Mrs. Fred Elton Reeves. Exec. 10-19-70. | |
| 11-3-70 | Filed mar. ret. on show cause order for Donald Peterson. Exec. 10-19-70. | |
| 11-3-70 | Filed mar. ret. on show cause order for Harrison Crawford. Exec. 10-19-70. | |
| 11-3-70 | Filed mar. ret. on show cause order for Allen Lazenby. Exec. 10-19-70. | |
| 11-3-70 | Filed mar. ret. on show cause order for Mrs. Inez Rike. Exec. 10-19-70. | |
| 11-3-70 | Filed mar. ret. on show cause order for Williston Academy. Exec. 10-19-70. | |
| 11-3-70 | Filed mar. ret. on show cause order for Headmaster Howard Guthrie. Exec. 10-19-70. | |
| 11-3-70 | Filed mar. ret. on show cause order for Knox Morrison. Exec. 10-19-70 serving Mike Whitaker, Atty. | |
| 11-3-70 | Filed mar. ret. on show cause order for Hugh M. Lazenby. Exec. 10-19-70. | |
| 11-3-70 | Filed mar. ret. on show cause order for Headmistress Mrs. R. D. Long. Exec. 10-19-70. | |
| 11-3-70 | Filed mar. ret. on show cause order for T. J. Spencer. Exec. 10-19-70 serving Mike Whitaker, Atty. | |
| 11-3-70 | Filed mar. ret. on show cause order for L. W. Dowdy. Exec. 10-19-70 serving Mike Whitaker, Atty. | |
| 11-3-70 | File mar. ret. on show cause order for Earl Dowdy. Exec. 10-19-70 serving Mike Whitaker, Atty. | |
| 11-3-70 | Filed mar. ret. on show cause order for John Rose. Exec. 10-19-70 serving Mike Whitaker, Atty. | |
| 11-3-70 | Filed mar. ret. on show cause order for Don Clements. Exec. 10-19-70 serving Mike Whitaker, Atty. | |
| 11-3-70 | Filed mar. ret. on show cause order for Roy F. Glover. Exec. 10-19-70 serving Mike Whitaker, Atty. | |
| 11-3-70 | Filed mar. ret. on show cause order for Walter Roberson. Exec. 10-19-70 serving Mike Whitaker, Atty. | |
| 11-3-70 | Filed mar. ret. on show cause order for William Dowdy. Exec. 10-19-70 serving Mike Whitaker, Atty. | |
| 11-3-70 | Filed mar. ret. on show cause order for Ashley Wiles, Sr. Exec. 10-19-70 serving Mike Whitaker, Atty. | |
| 11-3-70 | Filed mar. ret. on show cause order for Headmaster James O. Wiles. Exec. 10-19-70. | |
| 11-5-70 | Filed Memorandum Decision . 2 cys mailed Atty. Wynn Smith; 1X cys mailed Atty. Avon Williams; 2 cys handed U.S.Atty. for Mr. Crenshaw | |
| 11-13-70 | Filed Mar. ret. on Show Cause Order for Leon Ward. exec. 11-6-70 | |
| 11-13-70 | Filed Mar. ret. on Show Cause Order for Wilmer Thompson.exec.11-6-70 | |
| 11-13-70 | Filed Mar. ret. on Show Cause Order for Carl Doyle. Exec. 11-6-70 | |
| 11-13-70 | Filed Mar. ret. on Show Cause Order for Carl Trimm. Exec. 11-6-70 | |
| 11-13-70 | Filed Mar. ret. on Show Cause Order for W.A.Reeves. Exec. 11-6-70 | |
| 11-13-70 | Filed Mar. ret. on Show Cause Order for Oakland Heights Academy. Exec. 11-6-70 | |
| 12-16-70 50 | Filed Order on hearing October 9, 1970 | |
| 12-16-70 51 | Filed Motion To Intervene and/or be added as a Plaintiff and for relief | |
| 12-16-70 52 | Filed Decree | |
| 12-16-70 53 | Filed Stipulation-respective to gross and net earnings of the additional or interve plaintffs since the beginning of the 1970-71 School Year | |
| 12-16-70 | Filed letter to G. Wynn Smith, Jr. form Avon N. Williams, Jr. with exhibit attached L. E. Anderson | |
| 1/14/71 54 | Filed Notice of Appeal by Defts. | |
| 1/14/71 | Filed $250.00 cost bond. Wynn Smith, surety | |

C-65-136

| DATE 1971 | PROCEEDINGS | Date Of Judgment |
|---|---|---|
| 2/16 | Filed motion for ext. of time on appeal | |
| 2/16 | Filed order allowing extension on appeal, to 3/23/71, copy mailed all attys. | |
| 2-18-71 | Filed Motion  (that the time for transmission and docketing of the record on appeal pursuant to the Notice of Appeal heretofore filed be extended through 3-23-71. | |
| 2-18-71 | Filed Order Extending Time to transmit Record to Court of Appeals thru 3-23-71 | |
| 3/8/71 | Filed motion for further relief and to join additional defts. | |
| 3/17/71 | Filed order setting hearing for preliminary, set March 25, 1971, copy mailed Wynn Smith, Avon Williams and Craig Crenshaw | |
| 3/15/71 | Filed Reporter's Transcript. (in C-69-221) | |
| 3/22/71 | MAILED CERTIFIED RECORD TO THE COURT OF APPEALS IN CINCINNATI, OHIO with transcript. | |
| 3-19-71 | Filed Response to Plaintiff's Motion for Further Relief and to Join Additional Defendants. (Composite Exhibit) E included). | |
| 3-19-71 | Filed Statement of Defendants' Counsel in Regard to Memorandum of Authority. | |
| 3-19-71 | Filed Requests for Admissions of Facts and of Genuineness of Documents. | |
| 3-19-71 | Filed Motion to Shorten Time for Answering Requests for Admission. | |
| 3-25-71 | Filed Affidavit of Jerry K. Bratcher with transcript of 5th Session 1-7-71 (1 Vol. ) Attached. | |
| 3-25-71 | Filed Affidavit of Vernon N. Short with transcript of hearing before Fayette County Board on 12-11-70 (1 Vol). | |
| 3-25-71 | Filed Affidavit of Bobby J. Dodson with transcript of Hearings -2 Vols on 12-10-70 and 1 Vol on 12-28-70. | |
| 3-25-71 | Filed Brief in Support of Plaintiff's Motion for further relief. | |
| 3-29-71 | Filed affidavit of Martest Otwell with 5 volumns of transcript on hearing 1 Vol. on 12-11-70; 1 Vol. on 12-28-70; 1 Vol. on 12-29-70 and 1 Vol. on 1-7-71—Total | on 12- |
| 4-9-71 | Filed mar. ret. on spna. for Mrs. Irene Boyland, Exec. 4-5-71 | |
| 4-9-71 | Filed mar. ret. on spna. for Tommy Bonner, Exec. 4-4-71 | |
| 4-9-71 | Filed mar ret. on spna. for Bobby Porter Hawey, Exec. 4-4-71 | |
| Filed mar. | ret on spna. for Lindale Wilson, Exec. 4-4-71  (4-9-71) | |
| 4-9-71 | Filed mar. ret. on spna. for Larry Wilson, Exec. 4-4-71 | |
| 4-9-71 | Filed mar. ret. on spna. for Leon Bowers, Exec. 4-4-71 | |
| 4-9-71 | Filed mar. ret. for Shirley Billingsly, Exec. 4-5-71  on spna. | |
| 4-9-71 | Filed mar. ret. for Darnell Billingsly, Exec. 4-5-71  on spna. | |
| 4-8-71 | Filed mar. ret. on spna. for Carolyn Rose, Exec. 4-4-71 | |
| 4-8-71 | Filed mar. ret. on spna. for Mary Ann Rivers, Exec. 4-4-71 | |
| 4-9-71 | Filed mar. ret. on spna. for Sally Ann Rivers, Exec. 4-4-71 | |
| 4-9-71 | Filed mar. ret. on spna. for Mrs. Gladys Mahon Exec. 4-2-71 | |
| 4-20-71 | Filed Order -- respective parties to have benefit of discovery procedures set forth in the Federal Rules of Civil Procedue.  Motion for further Relief to be considered am Amended Complaintall defendants on the private academy issue who have not done so will file responsive in the form of answers. Case to be set for hearing after allowing a reasonable time for completion of discovery.  Each defendant listed on order sent copy and Avon N. Williams, Jr., Wynn Smith and Paul Hancock. | |
| 4-29-71 | Filed Motion of Fayette Academy and Its Incorporators to Amend Order on Motion to Dismiss | |
| 4-29-71 | Filed Memorandum on Behalf of Fayette Academy and Its Incorporators in Support of Motion to Amend Order on Motion to Dismiss. | |
| 5-10-71 | Filed Order Overruling Motion to Amend Order on Motion to Dismiss.  Copies to McDonnell, Avon Williams, Wynn Smith, John Porter, Joe Cocke, Payson Matthews, Troy Tomlin and John Wilder, Carroll C. Johnson, Richard Charlton, III, Paul Hancock Jerome Turner, and Mr. Paul G. Glass. | |
| 5-12-71 | Filed Answer of Rossville Baptist Church, its Deacons, Rossville Academy and its Incorp and agents, Union Academy and its incorporators and agents. | |
| 6-11-71 | Filed Proposed Findings of Fact, Conclusions of Law and Judgment (Filed by Attorneys for Defendants) | |

| DATE | PROCEEDINGS |
|---|---|
| 7-20-71 | Filed petition |
| 8-17-71 | Filed order authorizing reopening of Parks School and expansion of Fayette-Ware High School. Copies handed J. Turner and copies mailed Avon Williams; Paul Hancock, HEW; Troy Tomlin and James Matthews |
| 8-17-71 | Filed letter of Avon N. Williams, Jr. of 8-14-71 |
| 10/29/71 | Filed Order Permitting Ratio Adjustment in Bernard School, copies McDonnell,Smith,Wilder Williams,Matthews,Tomlin |
| 11-3-71 | Filed Motion to Dismiss. |
| 11-3-71 | Filed Affidavit of William H. Connett. |
| 11-3-71 | Filed Memorandum of Law in Support of Defendant's Motion to Dismiss. |
| 2/9/72 | Filed Notice to Take Deposition of Stewart Chambers, Jr; J.H. Grisham; F.B. Towles; Joe Wiggins; S.S. Dunn, John Chambers; and H.H. Hansel |
| 2/9/72 | Filed Notice to Take Deposition of Max Aycock, Headmaster-Principal, Rossville Baptist |
| 2/9/72 | Filed Notice to Take Deposition of Mrs. R.D. Long, Headmistress-Principal,Oakland Heigh |
| 2/9/72 | Filed Notice to Take Deposition of T.S. Thorpe, Sr.,Incorporator, Fayette Academy |
| 2/9/72 | Filed Notice to Take Deposition of Howard Buthrie, Headmaster-Princ, Fayette Academy |
| 2/9/72 | Filed Notice to Take Deposition of Malcom Jordan and Thomas V. Luck |
| 2-24-72 | Filed motion to quash or modify subpoena duces tecum |
| 2-24-72 | Filed memorandum brief of defendants Fayette Academy and T.S. Thorpe, Sr. on motion to quash or modify subpoena duces tecum |
| 3/6/72 | Filed mar.ret. on spna, serv J.H. Grisham, serv 2/15/72 |
| 3/6/72 | Filed mar.ret. on spna, serv F.B. Towles, serv 2/15/72 |
| 3/6/72 | Filed mar.ret. on spna, serv Joe Wiggins, exec 2/15/72 |
| 3/6/72 | Filed mar.ret. on spna, serv S.S. Dunn, exec 2/15/72 |
| 3/6/72 | Filed mar.ret. on spna, serv John Chambers, exec 2/15/72 |
| 3/6/72 | Filed mar.ret. on spna, serv H.H. Hansel, exec 2/15/72 |
| 3/6/72 | Filed mar.ret. on spna, serv Stewart Chambers, Jr., exec 2/15/72 |
| 3/6/72 | Filed mar.ret. on span, serv Max Aycock, exec 2/15/72 |
| 3/6/72 | Filed mar.ret. on spna, serv Thomas V. Luck, exec 1/15/72 |
| 3/6/72 | Filed mar. ret. on spna, serv T.S. Thorpe, Sr., Exec 2/15/72 |
| 3/6/72 | Filed mar. ret. on spna, serv Howard Guthrie, exec 2/15/72 |
| 3/6/72 | Filed mar. ret. on spna, serv Malcom Jordan, exec 2/15/72 |
| 3/6/72 | Filed mar.ret. on spna, serv Mrs. R.D. Long, exec 2/15/72 |
| 3/13/72 | Filed order on motion to quash or modify spa, duces tecum overruled as t T. S. Thorpe, Sr.-request to produce the minutes of Fayette Academy be limited and restricted, copy mailed Williams and C. Johnson |
| 7-24-72 | Filed Mandate and copy of Opinion from Court of Appeals - Affirmed Costs of $129.00 awarded to Appellees |
| 8-7-72 | Filed report from the Bi-Racial Advisory Committee |
| 9/5/72 | Filed Motion to Require Compliance by Defendant with decree entered 16 Dec 1970 and for Award of Counsel Fees to Intervening Plaintiffs, exhibit A & B, copy judge |
| 9/14/72 | Filed Response to Motion to Require Compliance by Defendant with Decree and for award of Counsel Fees to Intervening Plaintiffs, copy judge |
| 10/2/72 | Filed Interrogatories, copy ; judge - to Fayette Academy & Its Incorporators |
| 10/2/72 | Filed Request for Admissions, copy judge |
| 10/2/72 | Filed Interrogatories to Rossville Baptist Church & Its Board of Directors, copy judge |
| 10/2/72 | Filed Request for Production of Documents, copy judge |
| 10-26-72 | Filed Answers to Interrogatories |
| 11/24/72 | Filed Answers to Request for Admissions, copy judge |
| 11/24/72 | Filed Answers to Interrogatories, copy judge |
| 11/24/72 | Filed Documents and Exhibits Attached Hereto are such documents and exhibits as Defendants are able to produce at this time, copy judge |
| 3-5-73 | Filed Motion for permission to undertake building program. |
| 3-5-73 | Filed Memorandum of facts and law in support of motion to approve buildi program. |

| DATE | PROCEEDINGS |
|---|---|
| 3/28/73 3 | Filed Order on Motion to of Defendants for permission to undertake building Program, copy judge, Williams, Smith, USA, Johnson |
| 3-29-73 4 | Filed Request for production of documents. |
| 3-29-73 5 | Filed Interrogatories. |
| 3-29-73 6 | Filed Motion to shorten time for answering interrogatories and producing documents. |
| 3-29-73 7 | Filed Order Shortening time within which intervening plaintiffs should respond to interrogatories and request for production of documents. Shall respond on or before 4-15-73. Copies to Avon Williams and Jerry Turner. |
| 4/16/73 8 | Filed Brief in Support of Motion of Original and Intervening Plaintiffs for Further Relief, copy judge |
| 4/16/73 9 | Filed Motion of Original and Intervening Plaintiffs for further relief, copy judge |
| 4/16/73 10 | Filed answers to Deft's Interrogatories submitted to Mrs. Albert Rivers |
| 4/16/73 11 | Filed answers to deft's interrogatories submitted to Lowden E. Anderson, Jr. |
| 4/16/73 12 | Filed answers to deft's interrogatories submitted to Ernest Hughes |
| 4/16/73 13 | Filed answers to deft's interrogatories submitted to Mrs. Rosa J. Newbern |
| 4/16/73 14 | Filed answers to deft's interrogatories submitted to Mrs. Arissie Hardy Owens |
| 4/16/73 15 | Filed answers to deft's interroagories submitted to Myles Wilson |
| 4/16/73 16 | Filed answers to deft's interrogatories submitted to Mrs. Willie B. Johnson |
| 4/16/73 17 | Filed answers to deft's interrogatories submitted to Mrs. Mable C. Walker |
| 4/16/73 18 | Filed answers to deft's interrogatories submitted to Cornelius W. Douglas, Jr. |
| 4/16/73 19 | Filed answers to deft's interrogatories submitted to Mrs. Nannie Mae Cole |
| 4/16/73 20 | Filed answers to deft's interrogatories submitted to Sammy Gordon, Jr. |
| 4/16/73 21 | Filed answers to deft's interrogatories submitted to Mrs. Dixie Jordan Pye |
| 4/16/73 22 | Filed answers to deft's interroagatories submitted to Mrs. OPAL L. FRANKLIN |
| 4-23-73 23 | Filed Interrogatories. |
| 4-23-73 24 | Filed Response of defendants to motion of original and intervening plaintiffs for further relief |
| 4-23-73 25 | Filed memorandum in support of response to motion of original and intervening plaintiffs for further relief. |
| 5/10/73 26 | Filed motion for protective order |
| 5/10/73 27 | Filed plaintiffs brief in support of their motion for protective order |
| 5/14/73 28 | Filed motion to shorten time for answering of interrogatories |
| 5/14/73 29 | Filed plaintiffs' interrogatories to defts. |
| 5-17-73 30 | Filed response to intervening plaintiffs' motion to shorten time for answering of interrogatories. |
| 6/4/73 31 | Filed order on conference of May 25, 1973, copy to Williams Turner and Judge McRae |
| 6-5-73 32 | Filed Stipulations and Objections concerning amounts payable to intervening plaintiffs. |
| 6-5-73 33 | Filed answer to intervening plaintiffs' interrogatories submitted to defendants. |
| 6/14/73 34 | Filed order on objections to intervening plaintiffs' interrogatories, No. 1 and 2 should be answered, Obj. of defts. to No. 3 sustained, copy to Judge, Turner and Williams |
| 6-18-73 35 | Filed motion to extend time for ansering defendant's motion |
| 6-18-73 36 | Filed motion order extending time- copies to Williams, Smith, Turner, and Paul Hancock |
| 6/21/73 37 | Filed amendment to motion of original and intervening plfs. for further relief |
| 6/21/73 38 | Filed response to stipulations and objections concerning amounts payable to intervening plfs. submitted by defts. |
| 6-28-73 39 | Filed covering letter with Exhibits A & B to his Amendment to Motion for Further Relief |
| 7-6-73 40 | Filed Response to Amendment to Motion of Original and Intervening Plaintiffs for Further Relief. |

C-65-136

D. C. 110 Rev. Civil Docket Continuation

| DATE | PROCEEDINGS | |
|------|-------------|---|
| 7-9-73 #1 | Filed Order that time for deft. to respond to the Amendment to the Motion of Original and Intervening Plaintiffs for Further Relief be and hereby is extended to and including Friday, July 6, 1973. Copy to Judge, Turner Williams. | |
| 8/3/73 42 | **Filed reply to motion for permission to undertake building program and motion to dispose of claim for back pay of intervening teacher plaintiffs and counsel fee** | |
| 8-14-73 43 | Filed Memorandum of Points and Authorities on Intervening Plaintiff's Motion for Counsel Fees. | |
| 8-16-73 44 | Filed Order- on motion of defts. for permission to undertake a building program. Copy Judge, Turner, & Williams | |
| 8-20-73 45 | Filed affidavit of Avon N. Williams. | |
| 8-20-73 46 | Filed brief in support of motion by intervening plaintiffs for counsel fees. | |
| 8-22-73 47 | **Filed Reply Brief of Defts. in Regard to Intervening Plf's. Motion For Counsel Fees** | |
| 8-29-73 48 | Filed Reply of Plaintiffs to Reply Brief Filed by Defendants on or About 23rd August 1973 To Intervening Plaintiffs' Motion for Counsel Fees. | |
| 9-11-73 = | Filed Appeal Bond - $250. | |
| 9-11-73 | Filed Notice of Appeal. | |
| 9-11-73 51 | Filed Request To Clerk to Certify and Transmit Entire Record. *Sent Send Prs Ho.* | |
| 10-12-73 52 | Filed report to the Court pursuant to Paragraph 8 of the order of August 16, 1973 | |
| 10/19/73 | **Filed Order extending time to file record and Docket appeal to and including December 7, 1973.** | |
| 53 12-17-73 | Filed Supplementary Answer To Intervening Plaintiffs' Interrogatories to Defendant. | |
| 54 12-28-73 | Filed Clerk's Copy of Transcript, 4 volumes. and the Original transcript 4 vol.) | |
| 55 1/3/74 | Filed Motion for extension of time to transmit record and docket appeal from the Court of Appeals - Motion granted and including January 7, 1974. | |
| 1/3/74 | MAILED CERTIFIED | |
| 56 1/3/74 | Filed consent order-remainder of 1973-1974 school year children of Floyd Franklin family may continue to attend Moscow School and Barry Lanorris Gray may continue to attend Moscow Elem. School, copy to Williams, Gerson and USA | |
| 1/4/74 | MAILED CERTIFIED RECORD TO THE COURT OF APPEALS CINCINNATI, OHIO (Original transcript mailed) | |
| 1/15/74 | Filed memorandum decision-Mrs. Rosa J. Newbern to rec. 2092.00; Mrs. Nannie Mae Cole 2092.00; Myles Wilson 2580.00; Mrs. Arissie Hard Owens 1518.40; Mrs. Dixie Jordan Pye 842.11; Louden E. Anderson 1519.83; Cornelius W. Douglass, Jr. 957.50; Mrs. Mable C. Walker 1565.27; Earnest Hughes 1180.00; Mrs. Opal L. Franklin 2168.00; Mrs. Willia B. Johnson no award; Sammy Gordon 546.20; Mrs. Alberta Rivers no award; Atty's fee in amt. of 6500.00 to be assessed against defendants, copy to Judge McRae, Wynn Smith, Avon Williams, USA and Paul Hancock | |
| 1-23-74 | Filed Judgment on above Memorandum decision. Copy handed Judge McRae and U. S. Attorney and mailed Avon N. Williams, Jr.. G. Wynn Smith and Paul Hancock | |
| 2-19-74 | Satisfaction of Judgment. | |
| 7-12-74 | Status Report. | |
| 7/19/74 | Status Report | |
| 7/30/74 | Filed Order from COURT OF APPEALS. Appellees due costs in amount of $51.00 and is GRANTED. The award of attorney fees shall be determined by the District Court upon REMAND. | |
| 8-22-74 | Defts' motion of adoption of consultant's Plan | |
| 9-12-74 | Opposition of Plfs. to Deft's. Motion of Adoption of Consultant's Plan and Objections of Plfs. to Said Plan | |
| 9/23/74 | Mandate from Court of Appeals - AFFIRMED - appeal from order of District Court disapproving a plan proposed by Board of Education to modify and existing court-approved desegreation plan. | |
| 10-18-74 | Motion to Intervene | |

| DATE | PROCEEDINGS | Date Or Judgmen |
|------|-------------|-----------------|
| 10-23-74 | Answer of Defendant, County Board of Education of Fayette County, Tennessee | |
| 10-30-74 | Order on Motion to Intervene -- State Of Tennessee and State Board of Education allowed to intervene.  Copy handed Judge McRae and U. S. Attorney and mailed Paul Hancock, W. Henry Haile, Avon Williams and Herbert E. Gerson. | |
| 10-30-74 | Complaint for Intervention. | |
| 11-6-74 | Motion Of Original and Intervening Plaintiffs To Vacate and Set Aside Order on Motion To Intervene and to Deny Said Motion To Intervene By Benjamin Carmichael and the State Board of Education. | |
| 11-6-74 | Motion To Waive Provision of Local Rule, To Grant Hearing on Motion To Vacate Order Allowing Intervention and To Allow Additional Time for sumbission of Memorandum | |
| 11-15-74 | Memorandum in Support of Motion of orignal and intervening plaintiffs to vacate and set aside order on Motion to Intervene, and to deny said motion to intervene and to deny said Motion to Intervene by Benjamin Carmichael and the State Board of Education. | |
| 11-22-74 | State's First Interogatories to Fayette County School Board. | |
| 11-22-74 | State's First Interrogatories to John McFerren, et al, Plaintiffs and Mrs. Mable C.Walker et al, Intervening Plaintiffs. | |
| 11-27-74 | Answers to the State's First Interrogatories to Fayette County School Board. | |
| 11-29-74 | Objections to State's First Interrogatories to John McFerren, et al, Plaintiffs, and Mrs. Mable C. Walker, et al, Intervening Plaintiffs. | |
| 12-4-74 | Motion to Compel Discovery with Certificate of Compliance with Local Rule 10(c) attached. | |
| 12-5-74 | Response of United States to Plaintiffs' Motion to Vacate. | |
| 12/26/74 | Plaintiffs' Memorandum in Opposition to Intervenor, State of Tennessees' Motion to Compel Discovery | |
| 12-27-74 | Order  overruling Motion Of Plaintiffs to Vacate and Set Aside Order on Motion to Intervene ; objections to the State's Interrogatories - overruled and plaintiffs shall answer or other wise object to the interrogatories within thirty days from the date hereof.  Motion to Compel Discovery is mooted: application for an award of $5.00 dollars against counsel for the plaintiffs is disallowed. Conference will be held on Friday, February 14, 1975 at 11:00 A.M. in Chambers. Copy handed Judge McRae and U. S. Attorney and mailed Avon Williams, John Stanley Pottinger, Herbert E. Gerson Norman J. Chackin and W. Henry Haile. | |
| 1-13-75 | Interrogatories of the United States. | |
| 1-17-75 | Notice of Depositions of Dr. Otis Floyd and Mr. John Bagwell. | |
| 2-7-75 | Notice of Depositions of Mr. Otis Floyd and Mr. Jerry Smith | |
| 2-14-75 | Affidavit of John E. Bagwell, Superintendent, Fayette County School System. | |
| 2-18-75 | Notice To Take Deposition, of Otis Floyd. | |
| 2-24-75 | State's First Interrogaotires To the United States. | |
| 3-3-75 | Motion for a Show-Cause Order. | |
| 3/12/75 | Defendant's Motion for View by the Court | |
| 3/12/75 | Memornadum of Facts and Law in Support of Motion for View By the Court | |
| 3/12/75 | Order Appointing Consultant, copies to Judge, U.S. Atty., Gerson, Chachkin, Haile, Williams, Winecoff & Wright | |
| 3-19-75 | Answers to interrogatories submitted by the State of Tenn. to John McFerre, et al, plaintiffs and Mrs. Mable C. Walker, et al, intervening plaintiffs. | |
| -19-75 | Motion to file out of time the answers of plaintiffs and intervening plaintiffs to interrogatories filed by theState of Tenn: and opposition to motion for a show cause order.filed by the State of Tennessee. | |
| 3-20-75 | Order on Motion to File Answers to Interrogatories Out of Time and Motion for a Show Cuase Order -- Motion why Avon Williams should not be held in contempt is Dismissed.   Copy handed Judge McRae and U. S. Attorney and mailed Avon Williams, W. Henry Haile, Herbert E. Gerson, Norman Chachkin and J. Stanley Pottinger. | |

D. C. 110 Rev. Civil Docket Continuation

| DATE | PROCEEDINGS | Da Jud |
|---|---|---|
| 4-18-75 | Answers to Interrogatories filed by plaintiff-intervenor United States | |
| 4-29-75 | Order setting hearing --May 23, 1975 at 9:30 A.M.    Copy handed Judge McRae and | |
| | U. S. Attorney and mailed Dr. Larry Winecoff, Norman Chachkin, J. Stanley | |
| | Pottinger,  Herbert E. Gerson, W. Henry Haile and Avon N. Williams, Jr. | |
| 5-6-75 | Response of Plaintiffs and intervening Plaintiffs to counsultant report - preliminary | |
| | Findings Submitted by H. Larry Winecoff on 14 April 1975 and to letter of | |
| | W. Henry Haile to the United States District Judge Dated 29 April 1975 and Motion | |
| | for further relief; | |
| 5-9-75 | Motion to reschedule hearing. | |
| 5-21-75 | **Statement of Position and Notice of Hearing filed by W.Henry Hale, Ass't Att. Gen. (hearing on 5-30-75 at 9:30 a.m. requested)** | |
| 5-21-75 | Response to Court's Order Setting Hearing of County Board of Education of | |
| | Fayette County, Tennessee. | |
| 5-22-75 | Response to plaintiffs' motion for further relief. | |
| 5-27-75 | Filed response of plfs. to the response filed by deft. County Board of Education | |
| | of Fayette Co. to Court's order setting hearing | |
| 5-27-75 | Filed deft's motion to set separate hearing date for plfs' motion for further relief | |
| 5-30-75 | Response of the US to reports submitted by consultants. | |
| 5-30-75 | Supplemental answers to interrogatories. | |
| 5-30-75 | Consultant's Report Preliminary Findings. | |
| 5-30-75 | Consultant's report #2. | |
| 6-5-75 | Order Amending Desegregation Plan for Fayette County, Tennessee.  Copy handed | |
| | Judge McRae and U. S. Attorney and mailed Avon Williams, J. Stanley Pottiner, | |
| | Otis Floyd, Dr. Larry Winecoff, Kaydel Wright, Norman Chachkin, W. Henry Haile, | |
| | and Herbert Gerson | |
| 7-29-75 | Memorandum of Intervening Defendants. | |
| 7-29-75 | * Proposed Findings of Fact, Conclusions of Law and Judgment. *(Received only) | |
| 7-29-75 | Memorandum of Fact and Law in Opposition to Plaintiffs' Motion for further | |
| | relief. | |
| 7-30-75 | Motion for Extension of Time by Department of Justice. | |
| 8-7-75 | Brief for the United States. | |
| 8-25-75 | Plaintiffs' reply brief to defendants' Memorandum in opposition to Plaintiffs' | |
| | Motion for further relief and to intervening plaintiffs' brief in response to | |
| | Plaintiffs' Motion for further relief. | |
| 8/5/76 | Motion of Plaintiffs to Extend The Services of The Review Committee | |
| 10/6/76 | Consent Decree - as to school construction & pupil assignment - copies to Judge, | |
| | OB, U.S. Atty., Gerson, Williams & Wright | |
| 10/12/77 | Motion To Continue Employment of Dr. Larry Winecoff As Counsultant | |
| 10-25-77 | Response of Deft. County Board of Edu. of Fayette Co. to plf's motion to continue | |
| | emp. of Dr. Winecoff As consultant | |
| 12/6/77 | Supplemental Response of Defendant County Board of Education of Fayette County | |
| | Tennessee, To Plaintiff's Motion To Continue Employment of Dr. Winecoff As | |
| | Consultant | |
| 12/20/77 | Order On Motion - plts. motion for order continuing employment of Dr. Winecoff | |
| | as consultant in this cause - now moot - CHJ, USA, Gerson, Wright, Williams, | |
| | Greenberg, &Lodge | |
| 9-29-78 | CONSENT DECREE-EASTSIDE ELEM. BE CLOSED AND ALL STUDENTS PREVIOUSLY | |
| | ASSIGNED TO EASTSIDE BE TRANSFERRED IN ACCORDANCE WITH THE RECOMM. OF | |
| -2/16/78 | THE SECOND REPORT OF THE QUALITY REVIEW TEAM OF 5-10-78; SCHOOL ZONE | |
| | LINES BE CHANGED IN ACCORDANCE WITH THE RECOMM. SET FORTH IN REPORT | |
| | OF 5-10-78. COPY TO JUDGE, USA, WILLIAMS, GREENBERG, GERSON,WRIGHT | |
| 11/2/82 | MOTION FOR FURTHER RELIEF | |
| 11/2/82 | MEMORANDUM IN SUPPORT OF MOTION FOR FURTHER RELIEF (orig. of order to show cause | |
| | handed Judge McRae) | |

| DATE | PROCEEDINGS | Date Or Judgmen |
|---|---|---|
| 11/17/82 | MOTION & MEMORANDUM IN SUPPORT DEFENDANT'S REQUEST FOR EXTENSION OF TIME TO RESPOND | |
| 11/29/82 | ORDER EXTENDING TIME TO RESPOND - thur 12/20/82 for County Board of Education to respond - CHJ, USA, WILLIAMS, & GERSON/SMITH | |
| 12-20-82 | DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S MOTION FOR FURTHER RELIEF. | |
| 12-20-82 | DEFENDANT'S MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS AND RESPONSE TO PLAINTIFF'S MOTION FOR FURTHER RELIEF. | |
| 1/10/83 | MOTION TO DISMISS OR QUASH ON BEHALF OF GEORGE JONES, HARRY COLEMAN, IDA PALMER, ED JOHNSON, TOM MORGAN, JAMES FREELAND & JAMES COWAN | |
| 1/10/83 | MEMORANDUM IN SUPPORT | |
| 1/10/83 | MOTION TO DISMISS OR QUASH ON BEHALF OF FRANCIS WASE CALLICUTT | |
| 1/10/83 | MEMORANDUM IN SUPPORT | |
| 2/18/83 | MOTION FOR LEAVE TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DIMSISS OUT OF TIME | |
| 2/18/83 | MEMORANDUM IN SUPPORT | |
| 2/18/83 | OPPOSITION TO THE TO DISMISS FILED BY DEFENDANT, COUNTY BOARD OF EDUCATION OF FAYETTE COUNTY | |
| 2-24-83 | MOTION TO DISMISS ON BEHALF OF THE INDIVIDUAL DEFENDANTS. | |
| 2-24-83 | MEMORANDUM IN SUPPORT OF THE MOTION TO DISMISS ON BEHALF OF THE INDIVIDUAL DEFENDANTS. | |
| 2-24-83 | RETURN ON SUMMONS, R.R.R. as to     George F. Jones, exec. 2-4-83. | |
| 2-24-83 | RETURN ON SUMMONS, R.R.R. as to     James Cowan, exec. 2-3-83. | |
| 2-24-83 | RETURN ON SUMMONS, R.R.R. as to     Harry T. Coleman, exec. 2-4-83. | |
| 2-24-83 | RETURN ON SUMMONS, R.R.R. as to Dr. Frances Wade Callicutt, exec. 2-14-83. | |
| 2-24-83 | RETURN ON SUMMONS, R.R.R. as to County Bd. of Ed. of Fayette County, exec. 2-11-83. | |
| 2-24-83 | RETURN ON SUMMOSN, R.R.R. as to Ms. Ida Palmer, exec.  2-5-83. | |
| 2-24-83 | RETURN ON SUMMONS, R.R.R. as to James Freeland, exec. 2-14-83. | |
| 3/7/83 | OPPOSITION TO THE MOTION TO DISMISS FILED BY INDIVIDUAL DEFENDANTS | |
| 4/7/83 | PLAINTIFF'S RESPONSE TO THE MOTIONS TO DISMISS OR QUASH ON BEHALF OF DEFENDANTS JONES, COLEMAN, PALMER, JOHNSON, FREELAND, COWAN & CALLICUT | |
| 4-12-83 | REPLY MEMORANDUM TO PLAINTIFF'S OPPOSITION TO THE MOTION TO DISMISS FILED BY DEFENDANT, COUNTY BOARD OF EDUCATION | |
| 4/18/83 | ORDER ON MOTIONS TO DISMISS - motions to quash are MOOT - motion to dismiss the contempt charge is DENIED - motion to dismiss on grounds of deprivation of jury trial is DENIED - deft are directed to file Answer to the Motion for Further Relife which sets up the defenses of the defts - Answer must be filed w/in 15 dys. Court will separately communicate the counsel concerning procedural matters, including an expedited discovery schedule if discovery is to be sought - CHJ, USA, WILLIAMS, GERSON & CHOHUNDRO | |
| 5/2/83 | ANSWER TO MOTION FOR FURTHER RELIEF | |
| 6/23/83 | MOTION TO STRIKE NOTICE OF ORAL DEPOSITION - of myles Wilson | |
| 6/23/83 | MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE NOTICE OF ORAL DEPOSITION | |
| | | |

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| JOHN T. MCFERREN, JR., ET AL | COUNTY BOARD OF EDUCATION OF FAYETTE COUNTY, TN., ET AL | DOCKET NO. 65-1 PAGE ___ OF ___ |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 6/28/83 | | RESPONSE TO MOTION TO STRIKE NOTICE OF ORAl DEPOSITION (Myles Wilson) |
| 7-7-83 | | ORDER OF REFERENCE – Motion to strike notice for oral deposition. CHJM, Williams, Gerson, Ewing, Omohundro & Mag. |
| 7/13/83 | | Received letter from "Williams & Dinkins" law firm signed by, Russell T. Per stating Order of reference as to motion to strike notice for oral depositio been resolved by agreement - CHJ, & BOTH MAGISTRATES |
| 7/21/83 | | ORDER DISMISSING MOTION TO STRIKE NOTICE FOR ORAL DEPOSITION ( MAG. ALLEN) counsel for intervening pltf notified clerk of this court that dispute had been resolved by agreement - CHJ, USA, WILLIAMS, GERSON/SMITH & OMOHUNDRO |
| 1-23-84 | | NOTICE OF INTERVENING PLAINTIFF, MYLES WILSON, TO TAKE THE DEPO TIONS OF Dr. Frances Wade Callicutt, Harry Coleman, Tom Morgan, Ed Johnso Kenny Hunt, James Cowan, James Freeland, and Ida Palmer |
| 1-26-84 | | MOTION TO AMEND MOTION FOR FURTHER RELIEF (filed by Intervening-Plaintiff) |
| 1-26-84 | | MEMORANDUM IN SUPPORT OF MOTION TO AMEND MOTION FOR FURTHER RELIEF |
| 1-26-84 | | AMENDMENT TO MOTION FOR FURTHER RELIEF   (as to intervening plaintiff) |
| 1/30/84 | | MOTION FOR PAYMENT OF EXPENSES UNDER RULE 30(g) |
| 1/30/84 | | MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR PAYMENT OF EXPENSES UNDER RU 30(g) |
| 1/30/84 | | AFFIDAVIT OF LOUIS P. BRITT III(with attachment) |
| 1-31-84 | | MOTION OF DEFENDANTS FOR LEAVE TO SERVE ADDITIONAL INTERROGATORIES UPON INTERVENING-PLAINTIFF |
| 1-31-84 | | MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR LEAVE TO SERVE INTERROGATORI |
| 2-3-84 | | DEFENDANTS' RESPONSE TO INTERVENING-PLAINTIFF'S (Myles Wilson) MOTION TO AME MOTION FOR FURTHER RELIEF |
| 2-7-84 | | ORDER OF REFERENCE TO U.S. MAGISTRATE CONCERNING DEFENDANTS' MOTION FOR LEA SERVE ADDITIONAL INTERROGATORIES UPON INTERVENING PLAINTIFFS- chj, Magistra Brown (unassigned), Britt/Berson/Wynn, USA, Omohundro, Williams/Perkins, |
| 2-9-84 | | RESPONSE TO MOTION FOR PAYMENT OF EXPENSES UNDER RULE 30(g) |
| 2-9-84 | | AFFIDAVIT OF RUSSELL T. PERKINS, ESQUIRE |
| 2-13-84 | | DEFENDANT'S CERTIFICATE OF COMPLIANCE WITH LOCAL RULE  (f) |
| 2-15-84 | | INTERVENING-PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR I TO SERVE INTERROGATORIES |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| JOHN McFERREN, JR., ET AL | COUNTY BOARD OF EDUCATION OF FAYETTE COUNTY, TN., ET AL | DOCKET NO. _____ <br> PAGE ____OF____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 2-29-84 | | ORDER DENYING DEFTS' MOTION FOR LEAVE TO SERVE INTERROGATORIES  CHJM, Mag. Allen Williams, Britt, et al, Ewing, Omohundro, |
| 3-2-84 | | MOTION AND MEMORANADUM TO RECONSIDER ORDER SERVING DEFENDANTS' MOTION FOR LEAVE TO SERVE INTERROGATORIES |
| 3-16-84 | | PLAINTIFF'S SUBMISSION IN RESPONSE TO MOTION FOR RECONSIDERATION |
| 3-16-84 | | ORDER RESCINDING PREVIOUS DISCOVERY ORDER- plaintiff is given ten days from date of this order to show cause, why motion for leave to serve additional interrogatories should not be granted - chj, Perkins, Britt, USA, Omohundro |
| 4-3-84 | | ORDER GRANTING MOTION FOR LEAVE TO SERVE ADDITIONAL INTERROGATORIES- Defendant will be allowed to serve additional interrogatories upon plaintiff (Total of 48- additional interrogatories allowed are 5 with sub-parts totalling 18 - chj, Perkins, Britt/Gerson, USA, Omohundro |
| 5-22-84 | | MOTION FOR A TEMPORARY RESTRAINING ORDER^ of intervening plaintiff Wilson - to keep defendant from taking any further action toward making or offering an appointment to the position of principal at the successor institution to Fayette Ware High School-South Campus, etc. |
| 5-22-84 | | MOTION FOR A PRELIMINARY INJUNCTION- filed by intervening plaintiff Wilson |
| 5-22-84 | | MEMORANDUM IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION |
| 5-22-84 | | AFFIDAVIT OF MYLES WILSON- in support of motions for TRO and prel. injunction |
| 5-22-84 | | AFFIDAVIT OF NORMA COX- in support of motions for TRO and prel. inj. |
| 5-22-84 | | AFFIDAVIT OF HOWARD WALKER- in support of motions for TRO and prel. inj. |
| 5-1-84 | | RESPONSE TO INTERVENDING-PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION |
| 6-4-84 | | HEARING SET for _Friday - 6 - 15 - 84_ at 2:00 m. on _TRO & Preliminary Injunction_ |
| 6/12/84 | | MOTION TO SET TRIAL & TO ALLOW FOR EXPEDITED DISCOVERY |
| 6/12/84 | | MEMORANDUM IN SUPPORT |
| 6/12/84 | | NOTICE OF FILING TRANSCRIPT OF HEARING UPON ORAL DISCOVERY MOTION (attached as exhibit A) |
| 6/12/84 | | NOTICE OF FILING DEPOSITIONS |
| 6/12/84 | | DEPOSITION OF - FRANCIS WADE CALLICUTT (2 vols.) |
| 6/12/84 | | DEPOSITION OF - JAMES T. COWAN (1 vol.) |
| 6/12/84 | | DEPOSITION OF - HARRY T. COLEMAN |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| JOHN McFERREN, JR., ET AL | COUNTY BOARD OF EDUCATION OF FAYETTE COUNTY, TN., ET AL | DOCKET NO. 65-1. |
| | | PAGE ___OF____ PA |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 6/12/84 | | DEPOSITION OF - IDA LOVELACE PALMER (1 vol.) |
| 6/12/84 | | DEPOSITION OF - EDWARD BARNETT JOHNSON (1 vol.) |
| 6/12/84 | | DEPOSITION OF - PHYLLIS FLYNN (1 vol.) |
| 6/12/84 | | DEPOSITION OF - JAMES S. STROY (1 vol.) |
| 6/12/84 | | DEPOSITION OF - WALTER EXUM, JR. (1 vol.) |
| 6/12/84 | | DEPOSITION OF EDWARD LEE SMITH (1 vol.) |
| 6/12/84 | | DEPOSITION OF ALVIN BROWN (1 vol.) |
| 6-12-84 | | SUPPLEMENTAL MEMORANDUM ON BEHALF OF DEFENDANTS IN RESPONSE TO INTERVENING-PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTIC |
| 6-15-84 | | MINUTES:  Williams and Perkins for pltf. and Britt. Evidentiary hearing on selection of Principal.  Plaintiff's witnesses: MYLES WILSON, NORMA COX, WILLIE CURTIS MORROW, and HOWARD WALKER. Court denied motion for TRO and preliminary injunction, and granted motion to expedite discovery and to set case for a hearing |
| 6-19-84 | | ORDER ALLOWING AMENDMENT TO MOTION FOR FURTHER RELIEF- that one which was file on January 26, 1984 - chj, Williams/Perkins, Britt/Gerson/Smith, USA, Omohundr |
| 4/17/85 | | Consent Order of Dismissal with prejudice as to all motions for further relief filed herein by Myles Wilson- chj, Williams/Perkins, USA, Omohundro, Britt/Gerson/Smith (filed and entered 4/16/85) |