**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

JOHN MCFERREN, JR., et al.,

     Plaintiffs

and

UNITED STATES OF AMERICA
     Plaintiff-Intervenor,

     **v.**          **CIVIL ACTION NO.: 65-136**

COUNTY BOARD OF EDUCATION OF
FAYETTE COUNTY, et al.

     Defendants.

---

### NOTICE OF FILING DISTRICT'S ADDITIONAL REPORT

---

COMES NOW the Defendant, County Board of Education of Fayette County, Tennessee (the "District"), by and through counsel and submits its Additional Report as ordered by this Court in its October 11, 2023 Order. By and through this Notice, document referenced as Exhibit A is being filed with this Notice.

Exhibit A, entitled "Additional Report to the Court" is an eighty-one page document consisting of information so that the District's progress toward a unitary system can be monitored.

1

Respectfully submitted this 15th day of April, 2026.


s/ Thomas M. Minor
Thomas M. Minor, #10812
Minor & Johnston, PLLC
124 East Market Street
Somerville, TN 38068
(901) 465-3117

Attorney for County Board of
Education Of Fayette County, Tennessee


CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of April, 2026, I filed the foregoing through the Court's ECF filing system, which will transmit a Notice of Electronic Filing to all counsel of record in the case.


s/ Thomas M. Minor
Thomas M. Minor